[Cite as *11/04/2002 Case Announcements,* 2002-Ohio-5990.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 4, 2002*

## DISCIPLINARY CASES

2001–1878.  **Disciplinary Counsel v. Griffith.**
IT IS ORDERED by this court, sua sponte, that Gregg H. Griffith, Attorney Registration No. 0043325, last known business address in Phoenix, Arizona, be found in contempt for failure to comply with this court's order of April 30, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 30, 2002.

2001–2175.  **Disciplinary Counsel v. Lantz.**
IT IS ORDERED by this court, sua sponte, that Charles J. Lantz, Attorney Registration No. 0016201, last known business address in Lancaster, Ohio, be found in contempt for failure to comply with this court's order of May 1, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 31, 2002.

2001–2220.  **Disciplinary Counsel v. Richardson.**
IT IS ORDERED by this court, sua sponte, that Eric N. Richardson, Attorney Registration No. 0060060, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of June 12, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before July 12, 2002.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2002–1692.  **State ex rel. Moran v. Penn Traffic Co.**
Franklin App. No. 01AP–1446, 2002-Ohio-4307.

2002–1693.  **State ex rel. Amcast Indus. Corp. v. Hall.**
Franklin App. No. 02AP–32, 2002-Ohio-4494.

[Cite as *11/05/2002 Case Announcements,* 2002-Ohio-6007.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 5, 2002*

## MOTION AND PROCEDURAL RULINGS

2002–1580.  **State ex rel. Daniels v. Indus. Comm.**
Franklin App. No. 01AP–1441, 2002-Ohio-3857. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before November 26, 2002.